## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-23146-CMB |
| | : | |
| FRANCO ASTURI AND | : | CHAPTER 13 |
| DENEEN ASTURI, | : | |
| DEBTORS | : | |
| | : | RELATED TO DOC. NO. 10, 11, 14 |
| FRANCO ASTURI AND | : | |
| DENEEN ASTURI, | : | |
| MOVANTS | : | HEARING DATE & TIME: |
| | : | August 28, 2018 1: 30 PM |
| v. | : | |
| | : | |
| AAS DEBT RECOVERY, | : | |
| AES/PHEAA, | : | |
| BRIDGECREST CREDIT, | : | |
| COMMUNITY BANK, | : | |
| CREDIT ACCEPTANCE, | : | |
| CREDIT CONTROL, | : | |
| CREDIT PROTECTION, | : | |
| FIRST PREMIER, | : | |
| KOHLS, | : | |
| NCB MANAGEMENT, | : | |
| PEOPLES GAS, | : | |
| PORTFOLIO RECOVERY, | : | |
| PROFBURCOL, | : | |
| REAL TIME SOLUTIONS, | : | |
| SELECT PORTFOLIO, | : | |
| VERIZON AND | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| RESPONDENTS | : | |

### CERTIFICATE OF SERVICE OF ORDER DATED AUGUST 9, 2018, AND THE EXPEDITED MOTION TO EXTEND AUTOMATIC STAY

    I, Sharla Munroe, Paralegal of McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated August 9, 2018 and the Expedited Motion to Extend the Automatic Stay, on the parties on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail, electronic notification or by fax.

Executed on: <u>August 13, 2018</u>

By: /s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd.
Pittsburgh, PA 15210
sharlam@mcelrathlaw.com
Tel: 412.765.3606
Fax: 412.765.1917

**MATRIX OF PARTIES SERVED**

Service by NEF

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail

Franco and Deneen Asturi
207 Bernardi Drive
Pittsburgh, PA 15214

Aaa Debt Rec
Pob 129
Monroeville, PA 15146

Aes/pheaa
Po Box 61047
Harrisburg, PA 17106

Bridgecrest Credit Company,LLC
PO BOX 29018
Phoenix, AZ 85038

Community Bank Na
45-49 Court Street
Canton, NY 13617

Credit Acceptance
Po Box 513
Southfield, MI 48037

Credit Control Service
725 Canton St
Norwood, MA 02062

Credit Protection Asso
13355 Noel Rd Ste 2100
Dallas, TX 75240

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

KML Law Group
701 Market St Ste 5000
Philadelphia, PA 19106

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Ncb Management Service
1 Allied Dr
Trevose, PA 19053

People Gas Bankruptcy Department
375 North Shore Drive, Ste. 600
Attn: Dawn Lindner
Pittsburgh, PA 15212

Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Profburcol
5295 Dtc Parkway
Greenwood Village, CO 80111

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #150
Dallas, TX 75247

Select Portfolio Svcin
Po Box 65250
Salt Lake City, UT
84165

Verizon
Po Box 650584
Dallas, TX 75265