# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-23146-CMB |
| | : | |
| FRANCO ASTURI AND | : | CHAPTER 13 |
| DENEEN ASTURI, | : | |
|     DEBTORS | : | |
| | : | RELATED TO DOC. NO. 10, 11, 14 |
| FRANCO ASTURI AND | : | |
| DENEEN ASTURI, | : | |
|     MOVANTS | : | HEARING DATE & TIME: |
| | : | August 28, 2018 1: 30 PM |
| v. | : | |
| | : | |
| AAS DEBT RECOVERY, | : | |
| AES/PHEAA, | : | |
| BRIDGECREST CREDIT, | : | |
| COMMUNITY BANK, | : | |
| CREDIT ACCEPTANCE, | : | |
| CREDIT CONTROL, | : | |
| CREDIT PROTECTION, | : | |
| FIRST PREMIER, | : | |
| KOHLS, | : | |
| NCB MANAGEMENT, | : | |
| PEOPLES GAS, | : | |
| PORTFOLIO RECOVERY, | : | |
| PROFBURCOL, | : | |
| REAL TIME SOLUTIONS, | : | |
| SELECT PORTFOLIO, | : | |
| VERIZON AND | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     RESPONDENTS | : | |

## CERTIFICATION OF NO OBJECTION REGARDING EXPEDITED MOTION TO EXTEND AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Expedited Motion to Extend the Automatic Stay filed on July 12, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served by August 23, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: August 24, 2018      By:    /s/ Paul W. McElrath
                                                             Paul W. McElrath, Esquire
                                                             Attorney for Debtor/Movant
                                                             PA I.D. #86220
                                                             McElrath Legal Holdings, LLC
                                                             1641 Saw Mill Run Blvd
                                                             Pittsburgh, PA 15210
                                                             (412) 765-3606