# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY NO. 18-23146-CMB** |
| | : | |
| **FRANCO ASTURI AND** | : | **CHAPTER 13** |
| **DENEEN ASTURI,** | : | |
| DEBTORS | : | |
| | : | **RELATED TO DOCUMENT NO. 10** |
| **FRANCO ASTURI AND** | : | |
| **DENEEN ASTURI,** | : | |
| MOVANTS | : | **HEARING DATE & TIME:** |
| | : | |
| vs. | : | |
| | : | |
| **AAS DEBT RECOVERY,** | : | |
| **AES/PHEAA,** | : | |
| **BRIDGECREST CREDIT,** | : | |
| **COMMUNITY BANK,** | : | |
| **CREDIT ACCEPTANCE,** | : | |
| **CREDIT CONTROL,** | : | |
| **CREDIT PROTECTION,** | : | |
| **FIRST PREMIER,** | : | |
| **KOHLS,** | : | |
| **NCB MANAGEMENT,** | : | |
| **PEOPLES GAS,** | : | |
| **PORTFOLIO RECOVERY,** | : | |
| **PROFBURCOL,** | : | |
| **REAL TIME SOLUTIONS,** | : | |
| **SELECT PORTFOLIO,** | : | |
| **VERIZON,** | : | |
| RESPONDENTS | : | **FILED PURSUANT TO** |
| | : | **11 U.S.C. § 362 (C) (3)** |
| and | : | |
| | : | |
| **RONDA J. WINNECOUR, ESQ.** | : | |
| **CHAPTER 13 TRUSTEE,** | : | |
| ADDITIONAL | : | **ENTERED BY DEFAULT** |
| RESPONDENT | : | |

## ORDER

**AND NOW**, on this  27th  day of   August              , 2018, upon consideration of the within Motion, it is hereby ORDERED, AJUDGED and DECREED that the Automatic Stay of 11 U.S.C. § 362 (a) is hereby extended to all named respondents or until further order of Court.

BY THE COURT,

FILED
8/27/18 12:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Carlota M. Bohm            dmr
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Franco Asturi
Deneen Asturi
    Debtors

Case No. 18-23146-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Aug 27, 2018
                 Form ID: pdf900    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2018.

```
db/jdb         +Franco Asturi,    Deneen Asturi,   207 Bernardi Drive,    Pittsburgh, PA 15214-1405
14893446       +Aaa Debt Rec,    Pob 129,    Monroeville, PA 15146-0129
14893447       +Aes/pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
14893448       +Bridgecrest Credit Company,LLC,    PO BOX 29018,    Phoenix, AZ 85038-9018
14893449       +Community Bank Na,    45-49 Court Street,    Canton, NY 13617-1179
14893450       +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
14893452       +Credit Protection Asso,    13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
14893453       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14893454       +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14893456       +Ncb Management Service,    1 Allied Dr,    Trevose, PA 19053-6945
14893457       +People Gas Bankruptcy Department,    375 North Shore Drive, Ste. 600,    Attn: Dawn Lindner,
                 Pittsburgh, PA 15212-5866
14893459       +Profburcol,    5295 Dtc Parkway,    Greenwood Village, CO 80111-2752
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: kburkley@bernsteinlaw.com Aug 28 2018 02:11:02     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14893451       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 28 2018 02:11:07
                 Credit Control Service,    725 Canton St,    Norwood, MA 02062-2679
14893455       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 28 2018 02:09:48     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14893458       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 02:31:38
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14893460       +E-mail/Text: bkdepartment@rtresolutions.com Aug 28 2018 02:10:42
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,    Dallas, TX 75247-4029
14893461       +E-mail/Text: jennifer.chacon@spservicing.com Aug 28 2018 02:11:15     Select Portfolio Svcin,
                 Po Box 65250,    Salt Lake City, UT 84165-0250
14893462       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 28 2018 02:09:37
                 Verizon,    Po Box 650584,    Dallas, TX 75265-0584
                                                                                               TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Select Portfolio Servicing as servicer for U.S. Ba
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Select Portfolio Servicing as servicer for U.S. Bank
               National Association, as Trustee, Successor in Interest to Bank of America, National Association
               as Trustee successor by merger to LaSalle Bank, Na bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Deneen  Asturi ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Franco  Asturi ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 6
```