**Form 224**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Franco Asturi**
**Deneen Asturi**
  Debtor(s)

Bankruptcy Case No.: 18–23146–CMB

Chapter: 13
Docket No.: 23 – 1

### CERTIFICATION

The undersigned Clerk of the above–entitled Court certifies that:

The above–captioned case was filed on **August 5, 2018** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **August 31, 2018** and failure to meet that deadline would result in the dismissal of the case.

As of **September 6, 2018,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

### ORDER

**IT IS HEREBY ORDERED** that the above–captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991–1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: September 6, 2018

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 18-23146-CMB
Franco Asturi                                                   Chapter 13
Deneen Asturi
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin          Page 1 of 1          Date Rcvd: Sep 06, 2018
                             Form ID: 224         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2018.
db/jdb       +Franco Asturi,   Deneen Asturi,   207 Bernardi Drive,   Pittsburgh, PA 15214-1405
14893446     +Aaa Debt Rec,   Pob 129,   Monroeville, PA 15146-0129
14893447     +Aes/pheaa,   Po Box 61047,   Harrisburg, PA 17106-1047
14893448     +Bridgecrest Credit Company,LLC,   PO BOX 29018,   Phoenix, AZ 85038-9018
14893449     +Community Bank Na,   45-49 Court Street,   Canton, NY 13617-1179
14893450     +Credit Acceptance,   Po Box 513,   Southfield, MI 48037-0513
14893454     +KML Law Group,   701 Market St Ste 5000,   Philadelphia, PA 19106-1541
14893456     +Ncb Management Service,   1 Allied Dr,   Trevose, PA 19053-6945
14893457     +People Gas Bankruptcy Department,   375 North Shore Drive, Ste. 600,   Attn: Dawn Lindner,
              Pittsburgh, PA 15212-5866
14893459     +Profburcol,   5295 Dtc Parkway,   Greenwood Village, CO 80111-2752

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: kburkley@bernsteinlaw.com Sep 07 2018 02:14:41     Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
14893451     +EDI: CCS.COM Sep 07 2018 06:03:00     Credit Control Service,   725 Canton St,
              Norwood, MA 02062-2679
14893452     +EDI: CREDPROT.COM Sep 07 2018 06:03:00     Credit Protection Asso,   13355 Noel Rd Ste 2100,
              Dallas, TX 75240-6837
14893453     +EDI: AMINFOFP.COM Sep 07 2018 06:03:00     First Premier Bank,   601 S Minnesota Ave,
              Sioux Falls, SD 57104-4868
14893455     +EDI: CBSKOHLS.COM Sep 07 2018 06:03:00     Kohls/capone,   N56 W 17000 Ridgewood Dr,
              Menomonee Falls, WI 53051-7096
14893458     +EDI: PRA.COM Sep 07 2018 06:03:00     Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,
              Norfolk, VA 23502-4952
14893460     +E-mail/Text: bkdepartment@rtresolutions.com Sep 07 2018 02:14:27
              Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,   Dallas, TX 75247-4029
14893461     +E-mail/Text: jennifer.chacon@spservicing.com Sep 07 2018 02:14:50     Select Portfolio Svcin,
              Po Box 65250,   Salt Lake City, UT 84165-0250
14893462     +EDI: VERIZONCOMB.COM Sep 07 2018 06:03:00     Verizon,   Po Box 650584,   Dallas, TX 75265-0584
                                                                                            TOTAL: 9

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Select Portfolio Servicing as servicer for U.S. Ba
                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2018 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    Select Portfolio Servicing as servicer for U.S. Bank
        National Association, as Trustee, Successor in Interest to Bank of America, National Association
        as Trustee successor by merger to LaSalle Bank, Na bkgroup@kmllawgroup.com
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
        DMcKay@bernsteinlaw.com
        Office of the United States Trustee    ustpregion03.pi.ec@usdoj.gov
        Paul W. McElrath, Jr.    on behalf of Joint Debtor Deneen  Asturi ecf@mcelrathlaw.com,
        donotemail.ecfbackuponly@gmail.com
        Paul W. McElrath, Jr.    on behalf of Debtor Franco  Asturi ecf@mcelrathlaw.com,
        donotemail.ecfbackuponly@gmail.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 6